IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHRISTOPHER OJI | : | CIVIL ACTION |
| | : | NO. 14-7323 |
| v. | : | |
| | : | |
| DEVEREUX FOUNDATION | : | |

## **ORDER**

AND NOW, this 23rd day of January, 2017, upon consideration of the motion for summary judgment by defendant Devereux Foundation, Dkt. No. 32, the response of plaintiff Christopher Oji, Dkt. Nos. 41 and 44, and defendant's reply, Dkt. No. 43, it is ORDERED that defendant's motion is GRANTED.  JUDGMENT is ENTERED in favor of defendant Devereux Foundation and against plaintiff Christopher Oji on all claims.

The Clerk of Court shall mark this case CLOSED.

*s/Thomas N. O'Neill, Jr.*
THOMAS N. O'NEILL, JR., J.